FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

12 FEB 13 PM 1:41

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PRO SE CIVIL COMPLAINT

Case No. 8:12CV62

(the court will assign a number)

I. **CASE CAPTION:** Parties to this Civil Action:

Pursuant to Fed. R. Civ. P. 10(a), the names of **all** parties must appear in the case caption.
The court will **not** consider a claim against any defendant who is not listed in the caption.

A. Plaintiff(s) Name(s):     Address(es):     Telephone No. (only if you are NOT a prisoner)

James M. Vardon    8204 Ridgeberd Ct.
Tampa, FL, 33615
813 451-8126

B. Defendant(s) Name(s):     Address(es) If known:

TD Ameritrade    1005 N. Ameritrade Place
Bellevue NE, 68005

(Attach extra sheets if necessary.)

RECEIVED
FEB 13 2012
CLERK
U.S. DISTRICT COURT
OMAHA

Page 1 of 6

## II. STATEMENT OF CLAIM(S)

State briefly the facts of your claim. Describe how each defendant is involved. You do not need to give legal arguments or cite cases or statutes. Use as much space as you need to state the facts. (Attach extra sheets if necessary.)

A. **When** did the events occur?

AROUND 2005 TILL 2009

B. **What** happened?

MY DECEASED BROTHER, PAUL VARDON BOUGHT 5 #10,000 AUCTION RATE SECURITIES FROM THE DEFENDANT AROUND 2005. HE WAS MIS-INFORMED BY THEM THAT THESE SECURITIES COULD BE CASHED-IN AT ANY TIME, WHEN HE DIED IN 2009 I INHERITED THESE INVESTMENTS BUT COULDN'T CASH THEM IN BECAUSE THEY WERE NOW CONSIDERED "TOXIC ASSETS". ONCE I CASHED THEM IN YEARS LATER, THEY WERE ONLY WORTH "FACE VALUE" OF #10,000 A PIECE. SO FOR 8 YEARS THEY RETURNED NO PROFIT. A LOSS OF AROUND #100,000 I CALCULATED.

## III. STATEMENT OF JURISDICTION

Check any of the following that apply to this case (you may check more than one):

✓ United States or a federal official or agency is a party

___ Claim arises under the Constitution, laws or treaties of the United States

___ Violation of civil rights

___ Employment discrimination

✓ Diversity of Citizenship (a matter between citizens of different states in which the amount in controversy exceeds $75,000)

___ Other basis for jurisdiction in federal court (explain below)

## IV. STATEMENT OF VENUE

State briefly the connection between this case and Nebraska. For example, does a party reside or do business in Nebraska? Is a party incorporated in Nebraska? Did an injury occur in Nebraska? Did the claim arise in Nebraska?

THE DEFENDANT'S HOME OFFICE IS IN THE OMAHA AREA (BELLVUE)

## V. RELIEF

State briefly what you want the court to do for you.

I believe my brother's + my financial loss (due to these "frozen assets") to be around $100,000, which I would request the court make the defendant re-imburse me.

## VI. EXHAUSTION OF ADMINISTRATIVE PROCEDURES

Some claims, but not all, require exhaustion of administrative procedures. Answer the questions below to the best of your ability.

A. Have the claims which you make in this civil action been presented through any type of administrative procedure within any state or federal government agency?

Yes ✓ SEC        No _____

B. If you answered yes, state the date your claims were so presented, how they were presented, and the result of that procedure:

In 2009 I wrote SEC - Miami - they took no action + did not inform or help me in any way

C. If you answered no, give the reasons, if applicable, why the claims made in this action have not been presented through administrative procedures:

N/A

VII. ARE YOU REQUESTING TRIAL BY A JURY OR BY A JUDGE? (check one):

JURY __YES__          JUDGE _____

VIII. VERIFICATION

I (we) declare under penalty of perjury that the foregoing is true and correct.

Date(s) Executed:          Signature(s) of Plaintiff(s):

2/5/12                     James M. Vandon

Note:

IF YOU CANNOT AFFORD TO PAY THE COURT'S FILING FEE UPON THE FILING OF YOUR COMPLAINT, THERE IS A SEPARATE FORM TO BE USED FOR APPLYING TO PROCEED IN FORMA PAUPERIS.  Also, if there is more than one plaintiff in the case who wishes to proceed in forma pauperis, **each such plaintiff must submit a separate application to proceed in forma pauperis.** (ENCLOSED)

Page 6 of 6

